**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KARIM KHOWAJA, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 25-cv-06154 |
| v. | ) ) | Hon. Joan H. Lefkow |
| ADIDAS AMERICA, INC., an Oregon corporation, | ) ) ) ) | |
| *Defendant*. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Karim Khowaja hereby voluntarily dismisses this action with prejudice, with each party to bear its own fees and costs.

Dated: July 31, 2025

Respectfully submitted,

KARIM KHOWAJA

By: /s/ Timothy P. Kingsbury
   *One of Plaintiff's Attorneys*

Timothy P. Kingsbury
KINGSBURY LAW LLC
8 S. Michigan Ave., Ste. 2600
Chicago, IL 60603
Tel: (312) 291-1960
tim@kingsburylawllc.com

*Counsel for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

                                                           /s/ Timothy P. Kingsbury